SEDGWICK LLP
BRUCE D. CELEBREZZE (SBN 102181)
bruce.celebrezze@sedgwicklaw.com
MATTHEW C. LOVELL (SBN 189728)
matthew.lovell@sedgwicklaw.com
MICHAEL A. TOPP (SBN 148445)
michael.topp@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:  415.781.7900
Facsimile:   415.781.2635

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| UNIVERSAL SURVEILLANCE CORPORATION DBA UNIVERSAL SURVEILLANCE SYSTEMS, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN EAGLE INSURANCE CORPORATION, a New Hampshire corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:14-CV-01512<br><br>**DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Originally filed in San Bernardino County Superior Court Case No. CIV DS1408396] |

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for defendant Travelers Property Casualty Company of America, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

19135016v1

TRAVELERS' CERTIFICATE OF INTERESTED PARTIES

1. Defendant Travelers Property Casualty Company of America;

2. The Phoenix Insurance Company, which is a parent company of Travelers Property Casualty Company of America;

3. The Travelers Indemnity Company, which is a parent company of The Phoenix Insurance Company;

4. Travelers Insurance Group Holdings, Inc., which is a parent company of The Travelers Indemnity Company;

5. Travelers Property Casualty Corp., which is a parent company of Travelers Insurance Group Holdings, Inc.; and

6. The Travelers Companies, Inc., a publicly traded company, which is a parent company of Travelers Property Casualty Corp.  No individual or corporation owns 10% or more of The Travelers Companies, Inc.

DATED: July 23, 2014  Respectfully submitted,

SEDGWICK LLP


By:   /s/ Matthew C. Lovell
Bruce D. Celebrezze
Matthew C. Lovell
Michael A. Topp
Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

19135016v1

2
TRAVELERS' CERTIFICATE OF INTERESTED PARTIES